IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

PAYPAL, INC.,

    *Plaintiff-Appellee*,

v.                               Case No. 24-5146

CONSUMER FINANCIAL PROTECTION
BUREAU, *et al.*,

    *Defendants-Appellants*.

_____

**APPELLANTS' STATEMENT OF INTENT TO UTILIZE DEFERRED APPENDIX**

Pursuant to this Court's May 30, 2024, Order and District of Columbia Circuit Rule 30(c), Appellants notify the Court that the parties have agreed to utilize a deferred joint appendix.

Dated: July 1, 2024                         Respectfully submitted,

                                             /s/ Ryan Cooper
                                             Seth Frotman
                                                *General Counsel*
                                            Steven Y. Bressler
                                               *Deputy General Counsel*
                                            Kristin Bateman
                                               *Assistant General Counsel*
                                            Ryan Cooper
                                               *Senior Counsel*
                                            Consumer Financial Protection Bureau
                                            1700 G Street, NW
                                            Washington, D.C. 20552

(202) 702-7541
ryan.cooper@cfpb.gov

*Counsel for Defendants-Appellants the Consumer Financial Protection Bureau and Rohit Chopra*