# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** PayPal, Inc.

**v.**

CFPB                                    **Case No:** 24-5146

### TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

◉ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|-------------------|-------------------|
| | | |
| | | |
| | | |
| | | |
| | | |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|-------------------|-------------------|
| 06-07-2023 | Motion Hearing | Lorraine Herman |
| | | |
| | | |
| | | |
| | | |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2024, I electronically filed Appellants

Consumer Financial Protection Bureau and Rohit Chopra's Transcript Status Form

with the Clerk of the Court of the United States Court of Appeals for the District

Columbia Circuit by using the appellate CM/ECF system. I certify that counsel for

Appellee in the case is a registered CM/ECF user and that service will be

accomplished by the appellate CM/ECF system.

/s/ Ryan Cooper
Ryan Cooper
*Counsel for Defendants-Appellants*
*the Consumer Financial Protection*
*Bureau and Rohit Chopra*