IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

PAYPAL, INC.,

    *Plaintiff-Appellee*,

    v.                       Case No. 24-5146

CONSUMER FINANCIAL PROTECTION
BUREAU, *et al.*,

    *Defendants-Appellants*.

_____

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE**

Pursuant to Federal Rules of Appellate Procedure 26(b) & 27 and Circuit Rule 28(e), Appellants the Consumer Financial Protection Bureau (CFPB) and Rohit Chopra, in his official capacity as Director of the CFPB, and Appellee PayPal, Inc., together move to modify the briefing schedule in the manner set forth below.

1. Pursuant to the clerk's order entered August 8, 2024, Appellants' brief is due September 17, 2024. Appellee's brief is due October 17, 2024. Appellants' reply brief is due November 7, 2024. The deferred appendix is due November 14, 2024, and final briefs are due December 2, 2024.

2. The parties respectfully request that the briefing schedule be modified as follows:

|  | Current Schedule | **Proposed Schedule** |
|---|---|---|
| Appellants' Brief | September 17, 2024 | **October 25, 2024** |
| Appellee's Brief | October 17, 2024 | **December 20, 2024** |
| Appellants' Reply Brief | November 7, 2024 | **February 6, 2024** |
| Deferred Appendix | November 14, 2024 | **February 13, 2024** |
| Final Briefs | December 2, 2024 | **February 27, 2024** |

No party has previously sought an extension in this case. All parties agree to the modification of the briefing schedule as proposed above.

3. Good cause exists to modify the briefing schedule. The attorneys primarily responsible for preparing Appellants' brief have other litigation deadlines in the relevant timeframe, including:

- Response brief in *CFPB v. Stratfs, LLC*, No. 24-697 (2nd Cir.) due on August 19, 2024;

- Reply in support of motion to dismiss and motion to transfer in *Chamber of Commerce of the United States of America v. CFPB*, No. 4:24-cv-213 (N.D. Tex.) due on August 19, 2024;

- Reply in support of motion to dissolve the preliminary injunction in *Chamber of Commerce of the United States of America v. CFPB*, No. 4:24-cv-213 (N.D. Tex.) due on August 22, 2024;

- Response to motion to dismiss in *CFPB v. Populus Financial Group, Inc.*, No. 3:22-cv-1494 (N.D. Tex.) due on August 30, 2024;

- Responsive pleading in *Steele v. Chopra*, No. 1:24-cv-763 (D.D.C.) due on September 3, 2024;

2

- Response to motion for judgment on the pleadings in *CFPB v. Heights Finance Holding Co.*, No. 6:23-cv-4177 (D.S.C.) due on September 3, 2024;

- Responsive pleading in *Acima Digital v. CFPB*, No. 4:24-cv-00662 (E.D. Tex.) due on September 23, 2024;

- Response brief in *CFPB v. Nexus Services, Inc.*, No. 24-1334 (4th Cir.) due on September 30, 2024;

- Reply brief in *Chamber of Commerce of the United States of America v. CFPB*, No. 23-40650 (5th Cir.) expected to be due on October 28, 2024;

- Response brief expected to be due no later than December 11, 2024, in *CFPB v. Stratfs, LLC*, 24-1541 (2d Cir.).

The attorneys primarily responsible for preparing Appellants' brief also have preplanned leave over the December holidays.

4. The parties agree that because Appellants require additional time to prepare their briefs, a comparable extension of time for Appellee is warranted. Additional time is also warranted due to attorney and client obligations and preplanned travel around Thanksgiving.

Dated: August 15, 2024  Respectfully submitted,

| | |
|---|---|
| Ryan Cooper | Kelly P. Dunbar |
| /s/ *Ryan Cooper* | /s/ *Kelly P. Dunbar* |
| Senior Counsel | Wilmer Cutler Pickering |
| Consumer Financial Protection Bureau | Hale and Dorr LLP |
| 1700 G Street NW | 2100 Pennsylvania Avenue NW |
| Washington, DC 20552 | Washington, DC 20037 |
| 202-702-7541 | 202-663-6262 |
| ryan.cooper@cfpb.gov | kelly.dunbar@wilmerhale.com |

*Counsel for Appellants Consumer CFPB and Rohit Chopra*  *Counsel for Appellee PayPal, Inc.*

# CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts of the document exempted by Rule 32(f), this document contains 476 words. I also certify that this document complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this document has been prepared in a proportionally spaced typeface using 14-point Times New Roman.

/s/ *Ryan Cooper*
Ryan Cooper
Senior Counsel
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
202-702-7541
ryan.cooper@cfpb.gov

*Counsel for Appellants CFPB and Rohit Chopra*

# CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system. Service on the parties was accomplished on the same date through the CM/ECF system.

/s/ *Ryan Cooper*
Ryan Cooper
Senior Counsel
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
202-702-7541
ryan.cooper@cfpb.gov

*Counsel for Appellants CFPB and Rohit Chopra*