| | |
|---|---|
| **No. 24-5146** | **September Term, 2023** |
| | 1:19-cv-03700-RJL |
| | Filed On: August 16, 2024 [2070554] |

PayPal, Inc.,

      Appellee

    v.

Consumer Financial Protection Bureau and
Rohit Chopra, in his official capacity as
Director, Consumer Financial Protection
Bureau,

      Appellants

## O R D E R

Upon consideration of the joint motion to modify the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | October 25, 2024 |
| Appellee's Brief | December 20, 2024 |
| Appellants' Reply Brief | February 6, 2025 |
| Deferred Appendix | February 13, 2025 |
| Final Briefs | February 27, 2025 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk