# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

PAYPAL, INC.,

*Plaintiff-Appellee,*

– v. –

CONSUMER FINANCIAL PROTECTION BUREAU, ET AL.,

*Defendants-Appellants.*

---

On Appeal from the United States District Court
for the District of Columbia
Case No. 1:19-cv-3700

---

## NOTICE OF INTENT TO PARTICIPATE AS AMICUS CURIAE
## IN SUPPORT OF APPELLANTS

---

Courtney Weiner
    *Counsel of Record*
LAW OFFICE OF
COURTNEY WEINER PLLC
1629 K Street NW, Ste. 300
Washington, DC 20006
(202) 827-9980
cw@courtneyweinerlaw.com

Seth E. Mermin
David S. Nahmias
CENTER FOR CONSUMER LAW &
ECONOMIC JUSTICE
308 Berkeley Law
Berkeley, CA 94720-7200

*Counsel for Amicus Curiae*

Pursuant to DC Circuit Rule 29(b) and Federal Rule of Appellate Procedure (FRAP) Rule 29(a), Professor Dan Awrey hereby notifies this Court of his intent to participate in the above-captioned matter as an amicus curiae brief in support of Defendants-Appellants Consumer Financial Protection Bureau et alia.  Counsel for all parties consent to the filing of this amicus brief.  Professor Awrey believes the information and perspective of an expert in financial regulation will aid the Court in reaching a just decision.

Dated: November 1, 2024

Respectfully submitted,

/s/ Courtney Weiner
Courtney Weiner
 *Counsel of Record*
LAW OFFICE OF
COURTNEY WEINER PLLC
1629 K Street NW, Ste. 300
Washington, DC 20006
(202) 827-9980
cw@courtneyweinerlaw.com

Seth E. Mermin
David S. Nahmias
CENTER FOR CONSUMER LAW &
ECONOMIC JUSTICE
308 Berkeley Law
Berkeley, CA 94720-7200

*Counsel for Amicus Curiae*

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Courtney Weiner
Courtney Weiner

*Counsel for Amicus Curiae*