# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-5146**  September Term, 2024

1:19-cv-03700-RJL

Filed On: February 7, 2025 [2099656]

PayPal, Inc.,

    Appellee

    v.

Consumer Financial Protection Bureau and
Scott Bessent, in his official capacity as
Director, Consumer Financial Protection
Bureau,

    Appellants

## O R D E R

Upon consideration of appellants' unopposed motion for extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Reply Brief | April 21, 2025 |
| Deferred Appendix | April 28, 2025 |
| Final Briefs | May 12, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk