# United States Court of Appeals
#### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 24-5146** | **September Term, 2024** |
| | **1:19-cv-03700-RJL** |
| | **Filed On:** May 9, 2025 |

PayPal, Inc.,

      Appellee

    v.

Consumer Financial Protection Bureau and Scott Bessent, in his official capacity as Director, Consumer Financial Protection Bureau,

      Appellants

## O R D E R

Upon consideration of the joint stipulation to dismiss appeal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

                           BY:    /s/
                                     Erica Thorner
                                     Deputy Clerk